UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HAYES,

    Petitioner,

v.          CASE NO. 2:08-CV-14807
        HONORABLE GEORGE CARAM STEEH
        UNITED STATES DISTRICT COURT

WARDEN ZYCH,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable George Caram Steeh, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered this date.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Josephine Chaffee
            DEPUTY COURT CLERK

Dated: October 7, 2010